FILED
January 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003211373

2

GERALD L. WHITE - State Bar No. 88833
GARY H. GALE - State Bar No. 97327
LAW OFFICE OF GERALD L. WHITE
111 WOODMERE ROAD, SUITE 240
FOLSOM, CA 95630

TELEPHONE: (916) 985-3330

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

HAMID REZA SEYYEDIN
TAYEBHE HASHEMI

Debtors

Case No. 10-52549-D-7

Chapter 7

DC No. GW-1

Date: February 16, 2011
Time: 10:00 a.m.
Place: Courtroom 34, Dept. D
501 I Street, 6th Floor
Sacramento, CA

**MOTION TO COMPEL TRUSTEE TO ABANDON BUSINESS PROPERTY TO ALLOW DEBTORS TO CONTINUE OPERATION OF BUSINESS**

At the request of the trustee, John Roberts, Debtors, Hamid Seyyedin and Tayebhe Hashemi, hereby move the Court for an order compelling the Chapter 7 Trustee to abandon property of this bankruptcy estate so that Debtors may continue to operate their business, a sole proprietorship doing business as Giant Pizza, at 6401 Antelope Road, Citrus Heights, CA, which is a take out pizza shop.

    1. The property to be abandoned is described in Schedule B, at categories 3, 23, 29, and 30, a copy of which is filed herewith as Exhibit A, and is summarized as follows:

    Security Deposit with landlord Nancy Lee Madrid . . . . . . . . . . . . . . $1,800.00
    Business Name and Location . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    0.00
    Machinery, fixtures, equipment and supplies . . . . . . . . . . . . . . . . . . $5,770.00
    Inventory . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  100.00

///

2. All of the above-referenced property has been claimed exempt as set forth in Schedule C, a copy of which is filed herewith as Exhibit B, except for the business name and location, which Debtors do not believe have any value..

3. Debtors have liability insurance for the business as indicated in the Certificate of Liability Insurance, a copy of which is filed herewith as Exhibit C, and business premises insurance is provided by the Landlord as indicated in the Certificate and Evidence of Liability Insurance, copies of which are filed herewith as Exhibit D.

4. Debtors have worker's compensation insurance as is indicated in the California Worker's Compensation and Employer's Liability Policy Declarations and Certificate, copies of which are filed herewith as Exhibit E.

5. As set forth in the Declaration of Debtor, Hamid Seyyedin, filed herewith and Schedule I, a copy of which is filed herewith as Exhibit F, and Schedule J, a copy of which is filed herewith as Exhibit G, and the Business Income and Expenses, a copy of which is filed herewith as Exhibit H, Debtors need to continue operating the business to generate the income necessary to support themselves and their dependents.

6. The property is claimed exempt or is of insufficient value for the Trustee to liquidate for the benefit of creditors.

Wherefore, Debtors respectfully request that this Court order that the property described above be abandoned as property of this bankruptcy estate.

Dated: 1/13/11　　　　　　　　　　　　　　　　　By: /s/ Gary H. Gale
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors

///
///
///